1008

No. 97–6592. HAYS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–6595. PECKHAM v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–6599. SLEPSKI v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–289. WOOD, SUPERINTENDENT, WALLA WALLA STATE PENITENTIARY v. JEFFRIES. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 97–478. STRUCTURAL FIBERS, INC., ET AL. v. KULCH. Sup. Ct. Ohio. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 97–527. TRIPPETT v. FAGAN. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 97–557. PANGALOS v. PRUDENTIAL INSURANCE COMPANY OF AMERICA. C. A. 3d Cir. Motion of respondent for damages and costs pursuant to this Court's Rule 42.2 denied. Certiorari denied.

No. 96–1551. NATIONAL FEDERATION OF THE BLIND ET AL. v. DEPARTMENT OF VETERANS AFFAIRS ET AL., *ante*, p. 806;

No. 96–1794. SOON DUCK KIM ET AL. v. CITY OF NEW YORK., *ante*, p. 809;

No. 96–1887. ZSCHACH ET AL. v. LUCAS, PRENDERGAST, ALBRIGHT, GIBSON & NEWMAN ET AL., *ante*, p. 813;

No. 96–1896. GARDNER ET UX. v. UNITED STATES, *ante*, p. 907;

No. 96–1932. MAINIERO v. JORDAN, ADMINISTRATOR, WISCONSIN DEPARTMENT OF PROBATION AND PAROLE, ET AL., *ante*, p. 816;

No. 96–1966. VALSAMIS, INC., ET AL. v. CORNHILL INSURANCE PLC ET AL., *ante*, p. 818;

No. 96–1967. AROMA MANUFACTURING, INC. v. ALTERNATIVE PIONEERING SYSTEMS, INC., DBA AMERICAN HARVEST (two judgments), *ante*, p. 818;

No. 96–8312.  FAULKNER *v.* UNITED STATES, *ante,* p. 824;

No. 96–8897.  NORVILLE ET UX. *v.* DELL CORP., *ante,* p. 826;

No. 96–8973.  HUDSON-GARDNER *v.* SOUTH CAROLINA DEPARTMENT OF HIGHWAYS AND PUBLIC TRANSPORTATION ET AL., *ante,* p. 828;

No. 96–9065.  SCHAFFER *v.* KIRKLAND ET AL., *ante,* p. 830;

, No. 96–9155.  WILLIAMS *v.* BORG, WARDEN, ET AL., *ante,* p. 833;

No. 96–9167.  HUGHES *v.* CITY OF CLEVELAND, *ante,* p. 833;

No. 96–9202.  SIEGEL *v.* CALIFORNIA FEDERAL BANK, *ante,* p. 835;

No. 96–9282.  SCHEXNAYDER *v.* LOUISIANA, *ante,* p. 839;

No. 96–9319.  DE LA VEGA *v.* CHATER, COMMISSIONER OF SOCIAL SECURITY, *ante,* p. 842;

No. 96–9322.  HERBERT *v.* CAIN, WARDEN, ET AL., *ante,* p. 842;

No. 96–9341.  IN RE REIMAN, *ante,* p. 805;

No. 96–9356.  WILSON *v.* GRANT ET AL., *ante,* p. 844;

No. 96–9366.  FLYNN *v.* UNITED STATES, *ante,* p. 844;

No. 96–9421.  BAZILE *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante,* p. 848;

No. 96–9436.  BROWN *v.* MISSISSIPPI, *ante,* p. 849;

No. 96–9453.  LAFOUNTAIN *v.* CARUSO, *ante,* p. 850;

No. 96–9457.  THROWER *v.* ANDERSON, WARDEN, *ante,* p. 850;

No. 96–9553.  GRAHAM *v.* TURPIN, WARDEN, ET AL.; *ante,* p. 855;

No. 97–9.  HONEYWELL, INC., ET AL. *v.* MINNESOTA LIFE AND HEALTH INSURANCE GUARANTY ASSN., *ante,* p. 858;

No. 97–55.  KEATING, GOVERNOR OF OKLAHOMA, ET AL. *v.* OKLAHOMA EX REL. OKLAHOMA TAX COMMISSION, *ante,* p. 908;

No. 97–136.  GUSTILO ET AL. *v.* MARAVILLA GUSTILO, INDIVIDUALLY AND AS FORMER ADMINISTRATRIX OF THE ESTATE OF GUSTILO, DECEASED, AND AS GUARDIAN OF MARAVILLA GUSTILO, ET AL., *ante,* p. 864;

No. 97–168.  BELL *v.* NEW JERSEY ET AL., *ante,* p. 866;

No. 97–182.  BELL, T/A WES OUTDOOR ADVERTISING CO. *v.* NEW JERSEY DEPARTMENT OF TRANSPORTATION (two judgments), *ante,* p. 866;

No. 97–198.  CORNISH *v.* DISTRICT OF COLUMBIA BOARD ON PROFESSIONAL RESPONSIBILITY, *ante,* p. 867;

1010

No. 97–425. BELL, T/A WES OUTDOOR ADVERTISING CO. *v.* NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, *ante,* p. 933;

No. 97–5004. QUEVADO *v.* BALDOR ET AL., *ante,* p. 870;

No. 97–5069. POYNTON *v.* UNITED STATES ET AL., *ante,* p. 874;

No. 97–5201. PRIBYTKOV *v.* NEW JERSEY INSTITUTE OF TECHNOLOGY, *ante,* p. 881;

No. 97–5213. FILIPOS *v.* FILIPOS, *ante,* p. 882;

No. 97–5287. BROACHWALA *v.* ILLINOIS, *ante,* p. 886;

No. 97–5308. RAMEY-GILLIS *v.* KAISER PERMANENTE, *ante,* p. 887;

No. 97–5314. CSORBA *v.* VARO, INC., *ante,* p. 887;

No. 97–5353. CSORBA *v.* ITT AEROSPACE/COMMUNICATIONS DIVISION, DIVISION OF ITT DEFENSE & ELECTRONICS, INC., *ante,* p. 889;

No. 97–5509. FARMER *v.* UNITED STATES, *ante,* p. 897;

No. 97–5560. HARRIS *v.* WHITE, WARDEN, ET AL., *ante,* p. 899;

No. 97–5630. MALAKI *v.* YAZDI, *ante,* p. 901;

No. 97–5677. ARTEAGA *v.* UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, *ante,* p. 935; and

No. 97–5682. IN RE GRAVES, *ante,* p. 805. Petitions for rehearing denied.

DECEMBER 2, 1997

No. 96–679. PISCATAWAY TOWNSHIP BOARD OF EDUCATION *v.* TAXMAN. C. A. 3d Cir. [Certiorari granted, 521 U. S. 1117.] Writ of certiorari dismissed under this Court's Rule 46.1.

No. 97–847 (A–389). SATCHER *v.* PRUETT, WARDEN. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

No. 97–6939 (A–393). WILLIAMS *v.* HOPKINS, WARDEN. C. A. 8th Cir. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied.